**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 21-602 _____     _____Caption [use short title]_____

**Motion for:** Continued Abeyance During Related Litigation

_____

_____

Set forth below precise, complete statement of relief sought:

Petitioners request that this case remain in abeyance pending the     **State of New York v. U.S. Dep't of Energy**

resolution of related litigation.

**MOVING PARTY:** State of New York, et al.          **OPPOSING PARTY:** U.S. Dep't of Energy, Jennifer Granholm

☐ Plaintiff          ☐ Defendant

☑ Appellant/Petitioner     ☐ Appellee/Respondent

**MOVING ATTORNEY:** Lisa S. Kwong          **OPPOSING ATTORNEY:** Sarah W. Carroll

[name of attorney, with firm, address, phone number and e-mail]

NYS Office of Attorney General               U.S. Dept of Justice, Civil Division, Appellate Staff

The Capitol, Albany, NY 12224               950 Pennsylvania Ave, NW, Washington, DC 20530

518-776-2422  Lisa.Kwong@ag.ny.gov          202-514-4027  Sarah.w.carroll@usdoj.gov

**Court- Judge/ Agency appealed from:** U.S. Dep't of Energy

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____
_____

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

Is oral argument on motion requested?   ☐ Yes   ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☑ No  If yes, enter date:_____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No
Requested return date and explanation of emergency:   _____
_____
_____
_____
_____

**Signature of Moving Attorney:**

s/ Lisa Kwong_____  **Date:** April 28, 2022  Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

**Form T-1080** (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

_____

STATES OF NEW YORK, CALIFORNIA, ILLINOIS,
MAINE, MINNESOTA, NEVADA, NEW MEXICO, OREGON,
VERMONT, WASHINGTON, THE COMMONWEALTH
OF MASSACHUSETTS, DISTRICT OF COLUMBIA,
AND THE CITY OF NEW YORK,

                                                     Case No. 21-602

                                 Petitioners,
          v.

U.S. DEPARTMENT OF ENERGY and
JENNIFER GRANHOLM, Secretary, U.S. Department
of Energy,

                                 Respondents.

_____

**UNOPPOSED MOTION TO CONTINUE ABEYANCE
DURING RELATED LITIGATION**

    1.      This case concerns a petition for review of two related U.S. Department of Energy (DOE) actions regarding energy conservation standards for residential furnaces and commercial water heaters. *See New York v. DOE*, No. 21-602, ECF No. 1; 86 Fed. Reg. 3873 (Jan. 15, 2021); 86 Fed. Reg. 4776 (Jan. 15, 2021). The case is currently in abeyance pursuant to this Court's Order dated March 24, 2021. *New York v. DOE*, No. 21-602, ECF No. 27. Petitioners respectfully request that this case remain in abeyance during the pendency of related litigation recently filed in the D.C. Circuit Court of Appeals. *See American Gas Assoc. v. DOE*, No. 22-1030, ECF No. 1936915.

1

2.      On January 20, 2021, President Biden issued Executive Order No. 13,990, directing the heads of all agencies, including DOE, to "immediately review all existing regulations . . . issued . . . between January 20, 2017, and January 20, 2021, that . . . may be inconsistent with, or present obstacles to," the Executive Order's stated environmental objectives.  Exec. Order No. 13,990 § 2(a), 86 Fed. Reg. 7037 (Jan. 25, 2021).

3.      To give DOE sufficient time to review the two challenged January 2021 final rules in compliance with the Executive Order, this Court granted Respondent DOE's unopposed motion to place the petition for review in abeyance. *See* Order (Mar. 24, 2021), ECF No. 27.

4.      In a status report dated January 12, 2022, counsel for DOE informed the Court that DOE published a final interpretive rule on December 29, 2021 which superseded the January 2021 interpretive rule at the heart of this litigation. *See* Status Report, ECF No. 52; Energy Conservation Program for Appliance Standards: Energy Conservation Standards for Residential Furnaces and Commercial Water Heaters, 86 Fed. Reg. 7,947 (Dec. 29, 2021) (rescinding the rule that was published at 86 Fed. Reg. 4776).

5.      On March 15, 2022, Petitioners informed the Court by letter that a petition for review of DOE's December 2021 final rule was filed in the D.C. Circuit Court of Appeals on February 25, 2022. In the letter, Petitioners requested that the instant litigation remain in abeyance pending the outcome of the D.C. Circuit challenge.

6.      Thereafter, on March 25, 2022, petitioners in the D.C. Circuit litigation filed an unopposed motion to hold that litigation in abeyance pending DOE's publication of an efficiency regulation issued in reliance on the December 2021 final interpretive rule. *AGA v. DOE*, No. 22-1030, ECF No. 1940590. Proposed DOE rules entitled "Energy Conservation

2

Standards for Residential Non-Weatherized Gas Furnaces and Mobile Home Gas Furnaces" and "Energy Conservation Standards for Commercial Water Heating-Equipment" are currently undergoing regulatory review by the federal Office of Management and Budget. *See* https://www.reginfo.gov/public/do/eoReviewSearch, last accessed on April 28, 2022.

7.     On March 28, 2022, Petitioners in the instant action sought to intervene as respondent-intervenors in the D.C. Circuit action. *AGA v. DOE*, No. 22-1030, ECF No. 1940834. On April 8, 2022, the D.C. Circuit granted petitioners' motion to hold the case in abeyance. *Id.*, ECF No. 1942404.

8.     Due to Petitioners' concern that vacatur of the December 2021 rule by the D.C. Circuit could result in reinstatement of the January 2021 rule challenged here, Petitioners respectfully request that the Court continue to hold this case in abeyance during the pendency of the D.C. Circuit litigation in order to preserve Petitioners' capacity to challenge the legal inadequacies of the January 2021 rule. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) ("the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants"); *American Petroleum Inst. v. EPA*, No. 13-1108 (D.C. Cir. Dec. 10, 2020) (ECF No. 1875192) (granting parties' joint motion to hold proceeding in abeyance pending resolution of later-filed challenges to subsequent agency action); *Murray Energy Corp. v. EPA*, No. 16-1127 (D.C. Cir. Aug. 26, 2020) (ECF No. 1858346) (granting joint motion that consolidated cases continue to remain in abeyance in light of challenges to agency action rescinding challenged actions).

9.     Petitioners agree to provide status updates at six-month intervals, or at whatever interval the Court deems appropriate, during the abeyance period.

10. Respondent DOE does not oppose this request.

Dated: April 28, 2022

Respectfully submitted,

FOR THE STATE OF NEW YORK

LETITIA JAMES
Attorney General

*/s/ Lisa S. Kwong*
LISA S. KWONG
TIMOTHY HOFFMAN
Assistant Attorneys General
Environmental Protection Bureau
JEFFREY W. LANG
Deputy Solicitor General
Division of Appeals & Opinions
The Capitol
Albany, NY 12224
Tel: (518) 776-2422
Email: Lisa.Kwong@ag.ny.gov
Email: Timothy.Hoffman@ag.ny.gov

4

FOR THE STATE OF CALIFORNIA

ROB BONTA
Attorney General
DAVID ZONANA
Supervising Deputy Attorney General

*/s/ Somerset Perry*
SOMERSET PERRY
Deputy Attorney General
Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94612
Tel: (510) 879-0852
Email: Somerset.Perry@doj.ca.gov

FOR THE DISTRICT OF COLUMBIA

KARL A. RACINE
Attorney General
Caroline S. Van Zile
Solicitor General

*/s/ Ashwin P. Phatak*
ASHWIN P. PHATAK
Principal Deputy Solicitor General
Office of the Solicitor General
Office of the Attorney General
for the District of Columbia
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
Tel: (202) 805-7426
Email: Ashwin.Phatak@dc.gov

KWAME RAOUL
Attorney General

*/s/ Sarah A. Hunger*
SARAH A. HUNGER
Deputy Solicitor General
MATTHEW J. DUNN
Chief, Environmental Enforcement/
Asbestos Litigation Div.
JASON E. JAMES
Assistant Attorney General
Office of the Attorney General
Environmental Bureau
69 W. Washington St., 18th Floor
Chicago, IL  60602
Tel: (312) 814-0660
Email: jason.james@illinois.gov

FOR THE STATE OF MAINE

AARON M. FREY
Attorney General of Maine

*/s/ Katherine Tierney*
KATHERINE E. TIERNEY
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME  04333
Tel: (207) 626-8897
Email: Katherine.Tierney@maine.gov

FOR THE STATE OF ILLINOIS

FOR THE COMMONWEALTH OF

5

MASSACHUSETTS

MAURA HEALEY
Attorney General

*/s/ I. Andrew Goldberg*
I. ANDREW GOLDBERG
Assistant Attorney General
Environmental Protection Division
ASHLEY GAGNON
Assistant Attorney General
Energy and Telecommunications Division
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Tel: (617) 963-2429
Email: andy.goldberg@mass.gov

FOR THE STATE OF MINNESOTA

KEITH ELLISON
Attorney General

*/s/ Peter Farrell*
PETER FARRELL
Assistant Attorney General
Minnesota Attorney General's Office
445 Minnesota Street, Suite 900
St. Paul, MN 55101
Tel: (651) 757-1424
Email: peter.farrell@ag.state.mn.us

FOR THE STATE OF NEVADA

AARON D. FORD
Attorney General

*/s/ Heidi Parry Stern*
HEIDI PARRY STERN
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Tel: (702) 486-3594
Email: HStern@ag.nv.gov

FOR THE STATE OF NEW MEXICO

HECTOR H. BALDERAS
Attorney General

*/s/ William G. Grantham*
WILLIAM G. GRANTHAM
Assistant Attorney General
State of New Mexico Office of the Attorney
General
Consumer & Environmental Protection
Division
201 Third Street NW, Suite 300
Albuquerque, NM 87102
Tel: (505) 717-3520
Email: wgrantham@nmag.gov

FOR THE STATE OF OREGON

ELLEN F. ROSENBLUM
Attorney General

6

/s/ Paul A. Garrahan
PAUL A. GARRAHAN
Attorney-in-Charge
STEVE NOVICK
Special Assistant Attorney General
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, OR  97301
Tel: (503) 947-4593
Email: Paul.Garrahan@doj.state.or.us
Email: Steve.Novick@doj.state.or.us


FOR THE STATE OF VERMONT

THOMAS J. DONOVAN, JR.
Attorney General

/s/ Laura B. Murphy
LAURA B. MURPHY
Assistant Attorney General
Environmental Protection Division
Vermont Attorney General's Office
109 State Street
Montpelier, VT  05609
Tel: (802) 828-1059
FOR THE STATE OF WASHINGTON

Email: laura.murphy@vermont.gov

ROBERT W. FERGUSON
Attorney General

/s/ Stephen Scheele
STEPHEN SCHEELE
Assistant Attorney General
Washington State Office of Attorney
General
P.O. Box 40109
Olympia, WA  98504
Tel: (360) 586-6500
Email: Steve.Scheele@atg.wa.gov


FOR THE CITY OF NEW YORK

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel

/s/ Hilary Meltzer
HILARY MELTZER
Chief, Environmental Law Division
AMY CASSIDY
Senior Counsel
New York City Law Department
100 Church Street
New York, NY 10007
Tel: (212) 356-2392
Email: acassidy@law.nyc.gov

7

## CERTIFICATE OF COMPLIANCE WITH LENGTH LIMITS

I hereby certify on this 28th day of April 2022 that the foregoing motion consists of 1455 words and is therefore in compliance with all relevant Federal Rules of Appellate Procedure and Second Circuit Rules governing the length of this motion.

/s/Lisa S. Kwong
LISA S. KWONG

8

CERTIFICATE OF SERVICE

I hereby certify on this 28th day of April 2022 that I have served the foregoing Unopposed Motion to Continue Abeyance During Related Litigation on all registered counsel through the Court's electronic filing system (ECF).

/s/ Lisa S. Kwong
LISA S. KWONG