UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

_____

STATES OF NEW YORK, CALIFORNIA, ILLINOIS,
MAINE, MINNESOTA, NEVADA, NEW MEXICO, OREGON,
VERMONT, WASHINGTON, THE COMMONWEALTH
OF MASSACHUSETTS, DISTRICT OF COLUMBIA,
AND THE CITY OF NEW YORK,

                                            Case No. 21-602

                            Petitioners,

              v.

U.S. DEPARTMENT OF ENERGY and
JENNIFER GRANHOLM, Secretary, U.S. Department
of Energy,

                            Respondents.

_____

PETITIONERS' STATUS UPDATE

1.      Pursuant to this Court's Order of June 2, 2022 (ECF No. 68), Petitioners respectfully submit the following status update.

2.      On June 2, 2022, this Court granted Petitioners' request that this case remain in abeyance during the pendency of related litigation filed in the D.C. Circuit Court of Appeals. *See American Gas Assoc. v. DOE*, D.C. Circuit Case No. 22-1030. On November 4, 2025, that court issued its Opinion and Order denying the petitions in those consolidated cases, and on December 29, 2025, the court issued its mandate in that litigation.

3.      On January 20, 2026, petitioners in D.C. Circuit Case No. 22-1030 filed a petition for writ of certiorari in the U.S. Supreme Court. On January 22, 2026, the Supreme Court placed the case on its docket as Case No. 25-879.

4. Petitioners request that this Court continue to hold this case in abeyance until either the Supreme Court denies the petition for certiorari or issues a decision on the merits.

Dated:  March 2, 2026

Respectfully submitted,

FOR THE STATE OF NEW YORK

LETITIA JAMES
Attorney General

*/s/ Timothy Hoffman*
TIMOTHY HOFFMAN
Assistant Attorney General
Environmental Protection Bureau
JEFFREY W. LANG
Deputy Solicitor General
Division of Appeals & Opinions
350 Main Street, Suite 300A
Buffalo, NY 14202
Tel: (716) 853-8465
Email: Timothy.Hoffman@ag.ny.gov

2

FOR THE STATE OF CALIFORNIA

ROB BONTA
Attorney General

*/s/ Jina J. Kim*
JINA J.KIM
Deputy Attorney General
Office of the Attorney General
600 W. Broadway, Suite 1800
San Diego, CA  92101
Tel: (619) 738-9345
Email: Jina.Kim@doj.ca.gov


FOR THE DISTRICT OF COLUMBIA

BRIAN L. SCHWALB
Attorney General
Caroline S. Van Zile
Solicitor General

*/s/ Ashwin P. Phatak*
ASHWIN P. PHATAK
Principal Deputy Solicitor General
Office of the Solicitor General
Office of the Attorney General
for the District of Columbia
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
Tel: (202) 805-7426
Email: Ashwin.Phatak@dc.gov

KWAME RAOUL
Attorney General

*/s/ Sarah A. Hunger*
SARAH A. HUNGER
Deputy Solicitor General
MATTHEW J. DUNN
Chief, Environmental Enforcement/
Asbestos Litigation Division
JASON E. JAMES
Assistant Attorney General
Office of the Attorney General
Environmental Bureau
115 S. LaSalle St.
Chicago, IL  60603
Tel: (312) 814-5202
Email: Sarah.Hunger@ilag.gov


FOR THE STATE OF MAINE

AARON M. FREY
Attorney General of Maine

*/s/ Scott W. Boak*
Scott W. Boak
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME  04333
Tel: (207) 626-8800
Email: scott.boak@maine.gov


FOR THE STATE OF ILLINOIS

FOR THE COMMONWEALTH OF
MASSACHUSETTS

3

ANDREA JOY CAMPBELL
Attorney General

*/s/ I. Andrew Goldberg*
I. ANDREW GOLDBERG
Assistant Attorney General
Environmental Protection Division
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Tel: (617) 963-2429
Email: andy.goldberg@mass.gov

FOR THE STATE OF MINNESOTA

KEITH ELLISON
Attorney General

*/s/ Peter Farrell*
PETER FARRELL
Deputy Solicitor General
Minnesota Attorney General's Office
445 Minnesota Street, Suite 900
St. Paul, MN  55101
Tel: (651) 757-1424
Email: peter.farrell@ag.state.mn.us

Attorney General

*/s/ Heidi Parry Stern*
HEIDI PARRY STERN
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Tel: (702) 486-3594
Email: HStern@ag.nv.gov

FOR THE STATE OF NEW MEXICO

RAUL TORREZ
Attorney General

*/s/ William Grantham*
WILLIAM GRANTHAM
Assistant Attorney General
Office of the Attorney General
408 Galisteo Street
Santa Fe, NM 87501
Tel: (505) 717-3520
Email: wgrantham@nmag.gov

FOR THE STATE OF NEVADA

AARON D. FORD

FOR THE STATE OF OREGON

DAN RAYFIELD
Attorney General

4

/s/ Paul A. Garrahan
PAUL A. GARRAHAN
Attorney-in-Charge
Natural Resources Section
Oregon Department of Justice
1162 Court Street NE
Salem, OR  97301
Tel: (503) 947-4540
Email: Paul.Garrahan@doj.oregon.gov

FOR THE STATE OF VERMONT

CHARITY R. CLARK
Attorney General

/s/ Hannah Yindra
HANNAH YINDRA
Assistant Attorney General
Environmental Protection Unit
Vermont Attorney General's Office
109 State Street
Montpelier, VT  05609
Tel: (802) 828-3171

FOR THE STATE OF WASHINGTON
Email: Hannah.Yindra@vermont.gov

NICHOLAS W. BROWN
Attorney General

/s/ Stephen Scheele
STEPHEN SCHEELE
Assistant Attorney General
Washington State Office of Attorney
General
P.O. Box 40109
Olympia, WA  98504
Tel: (360) 586-6500
Email: Steve.Scheele@atg.wa.gov

FOR THE CITY OF NEW YORK

STEVEN BANKS
Corporation Counsel

/s/ Andrew Rauchberg
ANDREW RAUCHBERG
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, NY 10007
Tel: (212) 356-0891
Email: arauchbe@law.nyc.gov