**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

June 12, 2026

Catherine O'Hagan Wolfe
Clerk of Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *State of New York, et al. v. U.S. Dep't of Energy, et al.* (Case No. 21-602)
Case Status Update

Dear Ms. Wolfe:

Petitioners provide this case status update pursuant to this Court's orders (Doc. Nos. 27 and 68) holding this proceeding in abeyance pending resolution of *American Gas Ass'n v. U.S. Dep't of Energy* in the U.S. Court of Appeals in the D.C. Circuit (Case No. 22-1107).

On Monday, June 8, 2026, the U.S. Supreme Court issued an order that vacated the D.C. Circuit judgment upholding the regulation that replaced the regulation at issue in this proceeding, and remanded the matter to the D.C. Circuit for further consideration. *See* Order, Docket No. 25-879 (June 8, 2026). However, the replacement regulation being challenged in the D.C. Circuit litigation remains in effect. Although respondent Department of Energy has announced its intent to reconsider that regulation, no rulemaking has yet been commenced. Accordingly, it remains possible that the D.C. Circuit will vacate the replacement regulation, in which case the regulation being challenged in this litigation would come back into effect.

Given the continued uncertainty over the fate of the replacement regulation, we ask this Court to continue to hold this proceeding in abeyance pending resolution of the related litigation in the D.C. Circuit. Petitioners will promptly notify the Court of any relevant updates.

Very truly yours,

____________________________

Brian Lusignan
Assistant Solicitor General
(518) 776-2399

cc: All Counsel of Record (via CM/ECF)