**Office of the New York State Attorney General**

**Letitia James Attorney General**

October 26, 2026

Catherine O'Hagan Wolfe
Clerk of Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *State of New York, et al. v. U.S. Dep't of Energy, et al.* (Case No. 21-602)
Case Status Update

Dear Ms. Wolfe:

Petitioners provide this status update pursuant to this Court's order (Doc. No. 68) holding this proceeding in abeyance pending resolution of *American Gas Ass'n v. U.S. Dep't of Energy* and related cases in the U.S. Court of Appeals in the D.C. Circuit (No. 22-1030). Those consolidated cases challenged certain regulations that replaced the regulations at issue in this proceeding. I apologize for the delay in providing this update.

On September 17, 2026, the D.C. Circuit granted the motion of respondent Department of Energy to place the related proceedings in that court in abeyance while the Department promulgates regulations to replace the regulations that replaced the regulations at issue in this proceeding. Petitioners are evaluating next steps for this proceeding and will provide a further update within 60 days.

Very truly yours,

[signature]

Brian Lusignan
Assistant Solicitor General
(518) 776-2399

cc: All Counsel of Record (via CM/ECF)